JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No. CV 20-08606 AB (AGRx) |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| KIHO KIM, in individual and representative capacity as Trustee of the Kiho and Kyungjoo Kim Living Trust, UTD, Dated May 23, 2007;, et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 11, 2021      _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.